UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO: 2 : 24-cv-05628-SDW-AME

**DEROUHE SHEGIAN,**
individually and on behalf of all
others similarly situated,

                Plaintiff,

   v.

**SELECT HOME WARRANTY LLC**

                Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, Derouhe Shegian, and Defendant, Select Home Warranty LLC by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff's individual claims against Defendant. Each party shall bear its own respective costs and attorneys' fees.

Dated: August 1, 2025

Respectfully submitted,

| **DAPEER LAW, P.A.** | LAW OFFICE OF ANTHONY W. VAUGHN, JR. LLC |
|---|---|
| */s/ Rachel Dapeer*<br>Rachel Dapeer<br>New Jersey Bar No. 039272011<br>3331 Sunset Avenue<br>Ocean, New Jersey 07712<br>Tel: (732) 655-2119<br>rachel@dapeer.com<br><br>*Counsel for Plaintiff and the Class* | */s/ Anthony W. Vaughn, Jr.*<br>Anthony W. Vaughn, Jr., Esq.<br>1200 US Hwy 22 East, Suite 2000<br>Bridgewater, New Jersey 08807<br>Tel: 908-300-5455<br>E-mail: anthony@avaughnlaw.com<br>*Counsel for the Defendant* |

1

**SO ORDERED.**

*s/ Susan D. Wigenton*
**HON. SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**
Dated: August 11, 2025